CLOSED

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:26−mc−00104−TJK

IN RE NON−PARTY SUBPOENA TO ROBERT JOYCE
Assigned to: Judge Timothy J. Kelly
Cause: Motion to Quash Subpoenas

Date Filed: 07/15/2026
Date Terminated: 08/17/2026
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**NON−PARTY SUBPOENA TO ROBERT JOYCE**

**Petitioner**

**ROBERT JOYCE** represented by

**Chelsea Kelly**
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
(202) 973−4250
Email: chelseakelly@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**TP−LINK SYSTEMS INC.** represented by

**Jason M. Wilcox**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
202−389−5910
Fax: 202−389−5200
Email: jason.wilcox@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Geis**
KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022−4611
212−446−4800
Email: hannah.geis@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen DeSalvo**
KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue N.W.
Washington, DC 20004
315−396−8888
Email: stephen.desalvo@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022−4611
212−446−4786
Email: todd.friedman@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2026 | Ï 1 | MOTION TO QUASH Subpoena (Filing fee $ 52, receipt number 212241) filed by ROBERT JOYCE. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit)(znmw) (Entered: 07/17/2026) |
| 07/28/2026 | Ï 2 | NOTICE of Appearance by Jason M. Wilcox on behalf of TP−LINK SYSTEMS INC. (Wilcox, Jason) (Entered: 07/28/2026) |
| 07/29/2026 | Ï 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Todd Friedman, Filing fee $ 100, receipt number ADCDC−12577242. Fee Status: Fee Paid. by TP−LINK SYSTEMS INC.. (Attachments: # 1 Declaration of Todd Friedman, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Wilcox, Jason) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Stephen C. DeSalvo, Filing fee $ 100, receipt number ADCDC−12577284. Fee Status: Fee Paid. by TP−LINK SYSTEMS INC.. (Attachments: # 1 Declaration of Stephen C. DeSalvo, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Wilcox, Jason) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Hannah Geis, Filing fee $ 100, receipt number ADCDC−12577320. Fee Status: Fee Paid. by TP−LINK SYSTEMS INC.. (Attachments: # 1 Declaration of Hannah Geis, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Wilcox, Jason) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 6 | Memorandum in opposition to re 1 MOTION TO QUASH (Filing fee $ 52, receipt number 212241) filed by TP−LINK SYSTEMS INC.. (Attachments: # 1 Declaration of Hannah Geis, # 2 Exhibit A − Email Chain, # 3 Exhibit B − 2026.05.22 Corrected TP−Link's 1st Set of RFPs (Nos. 1−45), # 4 Exhibit C− 2026.05.22 TP−Link's 1st Set of ROGs (Nos. 1−22), # 5 Exhibit D − 2026.05.22 TP−Link 1st Set of RFAs (Nos. 1−20), # 6 Text of Proposed Order)(Wilcox, Jason) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 7 | MOTION to Transfer Case (in the alternative) by TP−LINK SYSTEMS INC.. (See Docket Entry 6 to view document). (znmw) (Entered: 07/30/2026) |
| 07/30/2026 | Ï | MINUTE ORDER granting 3 , 4 , 5 Motions for Leave to Appear Pro Hac Vice: It is hereby ORDERED that Attorneys Todd Friedman, Stephen C. DeSalvo, and Hannah Geis are admitted pro hac vice to appear in this matter on behalf of Respondent TP−Link Systems Inc. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** |

| | | |
|---|---|---|
| | | Click for instructions. Signed by Judge Timothy J. Kelly on 7/30/2026. (lctjk1) (Entered: 07/30/2026) |
| 07/30/2026 | Ï | MINUTE ORDER: Pending before the Court is Petitioner Robert Joyce's 1 Motion to Quash Subpoenas or for a Protective Order, which challenges subpoenas issued in a case pending before the United States District Court for the District of Delaware. *See TP−Link Systems v. Netgear, Inc.*, No. 25−cv−1396 (D. Del. 2025). Respondent TP−Link Systems, Inc. has filed a 6 Memorandum in Opposition, part of which was also docketed as an alternative 7 Motion to Transfer under Federal Rule of Civil Procedure 45. That Rule provides that a court "may transfer a motion under th[e] rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). In light of all the above, it is hereby ORDERED that Petitioner shall file a combined Reply in support of its 1 Motion to Quash Subpoenas or for a Protective Order and any Memorandum in Opposition to the 7 Motion to Transfer by August 5, 2026, in which he shall indicate whether he consents to transfer of his 1 Motion to the District of Delaware. Signed by Judge Timothy J. Kelly on 7/30/2026. (lctjk1) (Entered: 07/30/2026) |
| 07/31/2026 | Ï 8 | MOTION for Extension of Time to *File his Combined Reply Brief in Further Support of his Motion to Quash Subpoenas or for a Protective Order and Brief in Response to Motion to Transfer* by ROBERT JOYCE. (Attachments: # 1 Text of Proposed Order)(Kelly, Chelsea) (Entered: 07/31/2026) |
| 07/31/2026 | Ï 9 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 7/31/2026. (lctjk1) (Entered: 07/31/2026) |
| 07/31/2026 | Ï | MINUTE ORDER treating as opposed and granting Petitioner's 8 Motion for an Extension of Time: Upon consideration of Petitioner's 8 Motion for an Extension of Time to Respond/Reply, it is hereby ORDERED, for good cause shown, that the 8 Motion is GRANTED. It is further ORDERED that Petitioner shall file his combined Reply in support of his 1 Motion to Quash Subpoenas or for a Protective Order and any Memorandum in Opposition to the 7 Motion to Transfer by August 12, 2026, in which he shall indicate whether he consents to transfer of his 1 Motion to the District of Delaware. Signed by Judge Timothy J. Kelly on 7/31/2026. (lctjk1) (Entered: 07/31/2026) |
| 08/04/2026 | Ï 10 | NOTICE of Appearance by Hannah Geis on behalf of TP−LINK SYSTEMS INC. (Geis, Hannah) (Entered: 08/04/2026) |
| 08/04/2026 | Ï 11 | NOTICE of Appearance by Todd Friedman on behalf of TP−LINK SYSTEMS INC. (Friedman, Todd) (Entered: 08/04/2026) |
| 08/04/2026 | Ï 12 | NOTICE of Appearance by Stephen DeSalvo on behalf of TP−LINK SYSTEMS INC. (DeSalvo, Stephen) (Entered: 08/04/2026) |
| 08/12/2026 | Ï 13 | REPLY to opposition to motion re 1 Motion to Quash, 7 Motion to Transfer Case filed by ROBERT JOYCE. (Kelly, Chelsea) (Entered: 08/12/2026) |
| 08/17/2026 | Ï | MINUTE ORDER: Petitioner moves to quash a subpoena issued to him by District of Delaware in connection with a case pending there. *See* ECF No. 1. In support, he asserts−−among other things−−that the discovery sought by the subpoena is irrelevant and "clearly foreclosed" by that court's order dismissing claims arising from alleged statements made by him. ECF No. 13 at 7. Respondent opposes Petitioner's 1 Motion to Quash, and in the alternative moves to transfer the 1 Motion to the District of Delaware. *See* ECF Nos. 6, 7. Under Federal Rule of Civil Procedure 45(f), a court may transfer a motion to quash a subpoena to the issuing court "if the person subject to the subpoena consents." Here, Petitioner represents that "[i]n the event that this Court finds the Delaware Court is better positioned to interpret the scope of its ruling," and is therefore "not inclined to grant [his] Motion [to Quash] outright," then "[he] does not oppose transfer for the purpose of allowing the [issuing court] to interpret its own ruling as it pertains to the scope of discovery in the Underlying Lawsuit." ECF No. 13 at 6, 7. The Court finds that the judge presiding over the case in the District of Delaware is better positioned to rule on the 1 Motion to Quash, both |

| | | |
|---|---|---|
| | | because of her familiarity with her own ruling referenced above as well as her overall knowledge of the case. *See Wultz v. Bank of China, Ltd*, 304 F.R.D. 38, 46 (D.D.C. 2014). Thus, upon consideration of Petitioner's 1 Motion to Quash, Respondent's 6 Memorandum in Opposition and 7 Motion to Transfer, and Petitioner's 13 Reply, and because Petitioner consents to the transfer under the circumstances, it is hereby ORDERED that Respondent's 7 Motion to Transfer is GRANTED. It is further ORDERED that the Clerk of Court shall transfer the 1 Motion to Quash to the U.S. District Court for the District of Delaware. The Clerk of Court is directed to close this case. Signed by Judge Timothy J. Kelly on 8/17/2026. (lctjk1) (Entered: 08/17/2026) |